IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALLAN SANDERS,

    Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

    Defendant.

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 FEB 22  PM 12: 02
OFFICE OF THE CLERK

4:20CV3023

**JUROR QUESTION A**

---

4:20CV3023

Was the treadmill on an incline? Did that affect why he couldn't?

A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALLAN SANDERS,

    Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

    Defendant.

4:20CV3023

**JUROR QUESTION B**

4:20CV3023

Do you still do farm work, are there restrictions there? Work that is too much?

Who set the weight & other restriction? Why & how were those #'s chosen?

Were you offered a "desk job"? Did you take or refuse?

B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALLAN SANDERS, | |
| Plaintiff, | 4:20CV3023 |
| vs. | |
| UNION PACIFIC RAILROAD CO., | JUROR QUESTION C |
| Defendant. | |

4:20CV3023

Did Mr Sanders ever complete any vocational rehabilitation?

Did Mr Sanders ever complete a Bruce protocol test?

Did Mr Sanders ever complete a stress test on a bike?

C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALLAN SANDERS,

        Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

        Defendant.

4:20CV3023

JUROR QUESTION D

---

4:20CV3023   FFW

Do you oversee personnel that evaluate job duties in the field?

If so how often are job duties reevaluated?

~~[scribbled out]~~

D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALLAN SANDERS,

    Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

    Defendant.

4:20CV3023

JUROR QUESTION E

---

4:20CV3023

At what frequency will a foreman general will do the job task alone in the field?

When an EE accepts a foreman general position does the EE sign off on a job task?

As previous foreman general is it not considered unsafe to lift more than 50 lbs in the field alone?

E

4:20CV3023

~~Could you explain when~~

~~replacing a knuckle are~~

~~you kneeling kneeling~~

When replacing a Knuckle is the job performed standing, Kneeling or squatting?

~~On Average~~

On Average how long does it take to replace a Knuckle?

E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALLAN SANDERS,

    Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

    Defendant.

4:20CV3023

**JUROR QUESTION F**

4:20CV3023

#1 Was a Functional Capacity test requested for Mr. Sanders to find out what "his max is or what is too much for him, since he is not an average or non-experienced ~~railroad worker~~ person off the street.

#2 What ~~jobs~~ positions at UP would allow Mr. Sanders to work with a 10-20 lb. weight restriction? for a dedicated emp who has given years to the company.

F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALLAN SANDERS,

    Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

    Defendant.

4:20CV3023

**JUROR QUESTION G**

---

4:20CV3023

Is it reasonable to extrapolate lifting restrictions ~~based on~~ a Bruce Protocol Stress ~~test~~?

Did you read & review the follow-up visit medical records from Mr. Sanders cardiologist?

G