IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALLAN SANDERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　　Defendant. | 4:20CV3023<br><br>ORDER |

　　THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Extend Time to File Reply in Support of Motion for Attorneys' Fees and Costs. Having reviewed the Motion, and finding good cause for an extension, it is ORDERED as follows:

1. Plaintiff's Motion is GRANTED. Plaintiff shall file his reply in support of Plaintiff's Motion for Attorneys' Fees and Costs by June 10, 2022.

Dated this 25th day of May, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge