IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALLAN SANDERS,<br><br>           Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>           Defendant. | **4:20CV3023**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date,

Judgment is entered in favor of the plaintiff Allan Sanders and against the defendant Union Pacific Railroad Company.

Dated this 17th day of August, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge