IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALLAN SANDERS,<br><br>            Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>            Defendant. | **4:20CV3023**<br><br>**SUPPLEMENTAL JUDGMENT** |

Pursuant to the Memorandum and Order file don this date,

IT IS ORDERED that

1.    Supplemental Judgment is entered in favor of the plaintiff and against the defendant for prejudgment interest on back pay and lost benefits in the amount of $48,972.30; for prejudgment interest on compensatory damages in the amount of $12,876.97; and for tax-related damages in the amount of $181,682.00.

Dated this 17th day of August, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge