IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALLAN SANDERS, | ) | Case No.  4:20CV3023 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| UNION PACIFIC RAILROAD CO., | ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant notified the court on December 2, 2025, that they wish the following exhibits held by the court in this matter to be destroyed.

Trial Exhibits from Jury Trial held February 15-18, 2022, and February 22, 2022.

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:    December 2, 2025

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379